1  **WILLIAM J. SMITH - #056116**
   **SHELLEY G. BRYANT - #222925**
2  **W. J. SMITH & ASSOCIATES**
   2350 West Shaw Avenue, Suite 132
3  Fresno, California 93711
   (559) 432-0986 Telephone
4  (559) 432-4871 Facsimile

5  Attorneys for Plaintiff, YASSIR ROUSAN

6

7  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
8

9  YASSIR ROUSAN,                         )   Case No. 1:06-CV-01175-OWW-GSA
                                          )
10              Plaintiff,                )   **ORDER CONTINUING TRIAL AND**
                                          )   **DATES IN SCHEDULING**
11  vs.                                   )   **CONFERENCE ORDER**
                                          )
12  BANKERS LIFE AND CASUALTY             )   **Discovery Cut-Off: 01/31/08**
    COMPANY, and DOES 1 through 20, inclusive, )
13                                        )   **Non-Dispositive Motion Filing**
                Defendants.               )   **Deadline: 08/01/08**
14  _____)
                                              **Dispositive Motion Filing**
15                                            **Deadline: 09/01/08**

16                                            **Settlement Conference Date:**
                                              **10/02/08 10:30 Ctrm. 10**
17
                                              **Pre-Trial Conference Date:**
18                                            **10/14/08 11:OO Ctrm. 3**

19                                            **Trial Date: 11/12/08 9:00**

20                                            (Please note date and time
                                              changes, from original request)
21
        Base on the parties stipulation, the Court hereby orders the following amendments to the
22
    Scheduling Conference Order, which are highlighted in bold:
23
    IX. Discovery Plan and Cut-Off Date.
24
        1.   The cut-off for the completion of fact discovery is extended to **January 31, 2008**, but
25
             solely for the purpose of the completion of the three depositions to which the parties
26
             have stipulated.
27
    / / /
28

1    2.    All Non-Dispositive Pre-Trial Motions, including any discovery motions, will be filed
2          on or before **August 1, 2008**, and heard on **September 5, 2008**, at 9:00 a.m. before
3          Magistrate Judge **Gary S. Austin in Courtroom 10.**
4    3.    In scheduling such motions, the Magistrate Judge may grant applications for an order
5          shortening time pursuant to Local Rule 142(d). However, if counsel does not obtain
6          an order shortening time, the notice of motion must comply with Local Rule 251.
7    4.    All Dispositive Pre-Trial Motions are to be filed no later than **September 1, 2008**, and
8          will be heard on **October 6, 2008**, a t 10:00 a.m. before the Honorable Oliver W.
9          Wanger, United States District Judge, in Courtroom 3, 7th Floor. In scheduling such
10         motions, counsel shall comply with Local Rule 230.

X I . Pre-Trial Conference Date.

12   5.    **October 14, 2008**, a t 11:00 a.m. in Courtroom 3, 7th Floor, before the Honorable
13         Oliver W. Wanger, United States District Judge.
14   6.    The parties are ordered to file a Joint Pre- Trial Statement pursuant to Local Rule 281
15         (a) (2) .
16   7.    Counsel's attention is directed to Rules 281 and 282 of the Local Rules of Practice for
17         the Eastern District of California, as to the obligations of counsel in preparing for the
18         pre-trial conference. The Court will insist upon strict compliance with those rules.

XII . Trial Date.

20   8.    **November 12, 2008**, at the hour of 9:00 a.m. in Courtroom 3, 7th Floor, before the
21         Honorable Oliver W. Wanger, United States District Judge.
22   9.    This is a jury trial.
23   10.   Counsels' Estimate Of Trial Time: a. 8 days.
24   13.   Counsels' attention is directed to Local Rules of Practice for the Eastern District of
25         California, Rule 285.

XIII . Settlement Conference.

/ / /

14. A Settlement Conference is scheduled for **October 2, 2008,** at 10:30 a.m., in Courtroom 10 before the Honorable **Gary S. Austin**, United States Magistrate Judge.

**NO FURTHER CONTINUANCES WILL BE GRANTED.**

Dated: December 12, 2007

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Judge