FILED

SEP 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Robert D. Phillips, Jr. (SBN 82639)
Thomas A. Evans (SBN 202841)
Eugenia S. Chern (SBN 215092)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:    510.273.8832

Attorneys for Defendant Bankers Life and
Casualty Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR ROUSAN,<br><br>              Plaintiff,<br><br>    vs.<br><br>BANKERS LIFE AND CASUALTY<br>COMPANY, and DOES 1 through 20, inclusive,<br><br>              Defendants. | No. 1:06-CV-01175-OWW-LJO<br><br>**ORDER RE DEFENDANT'S MOTION TO FILE EXHIBIT A TO THE POKLEN DECLARATION UNDER SEAL**<br><br>Date:         October 6, 2008<br>Time:        10:00 a.m.<br>Place:       Courtroom 3, 7th Floor<br>Compl. Filed:  May 31, 2006<br>Trial Date:   November 12, 2008<br><br>Honorable Oliver W. Wanger |

This cause has come before the Court upon Defendant Bankers Life and Casualty Company's ("Defendant") Application to File Exhibit A of the Declaration of James Poklen in Support of Motion for Summary Judgment, or in the alternative, Partial Summary Judgment ("Poklen Declaration") under seal. The Court, having reviewed the motion and responses thereto, and being otherwise duly advised of the premises,

– 1 –

ORDERS, ADJUDGES and DECREES that:

☐   Defendant's Application to File Exhibit A of the Declaration of James Poklen under seal is GRANTED.

☐   Defendant's Application to File Exhibit A of the Declaration of James Poklen under seal is DENIED.  If Defendant's Application is denied, the attached documents shall be filed, but not under seal.

DATED:  9-3- , 2008.

_____
Honorable Oliver W. Wanger