UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASSIR ROUSAN,<br><br>          Plaintiff,<br>vs.<br><br>BANKERS LIFE AND CASUALTY COMPANY, and DOES 1 through 20, inclusive,<br><br>          Defendants.<br>_____/ | CASE NO. 1:06-cv-01175 OWW GSA<br><br>**ORDER AFTER STATUS CONFERENCE** |

On October 14, 2008, the Court conducted a status conference in this matter. During the course of the status conference, the parties indicated their intention to consent to conduct all future proceedings in this action, including trial, before a United States Magistrate Judge pursuant to 28 U.S.C. § 636. Based on the parties' representations, the Court sets the following dates:

**Settlement Conference**: November 17, 2008 at 10:00 a.m. before the Honorable Dennis L. Beck in Courtroom 9 (6th Floor).

**Pretrial Conference**: December 19, 2008 at 11:00 a.m. before the Honorable Gary S. Austin in Courtroom 10 (6th Floor). The parties are ordered to file a Joint Pre-Trial statement pursuant to Local Rule 16-281(a)(2). Counsel's attention is directed to Rules 16-281 and 16-282 of the Local Rules of Practice for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference. The Court will insist upon strict compliance with those rules.

**Trial**: January 5, 2009 at 8:30 a.m. before the Honorable Gary S. Austin in Courtroom 10 (6th Floor).

The foregoing dates shall become effective once the parties have filed their written consents to United States Magistrate Judge jurisdiction and the matter is reassigned.

IT IS SO ORDERED.

Dated: __October 14, 2008__           _____/s/ Gary S. Austin_____
                                       UNITED STATES MAGISTRATE JUDGE