IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR ROUSAN, <br><br> Plaintiff, <br><br> vs. <br><br> BANKERS LIFE AND CASUALTY COMPANY, and DOES 1 through 20 inclusive, <br><br> Defendants. | 1:06-cv-1175 GSA <br><br> ORDER DISMISSING ACTION |

Pursuant to the stipulation of dismissal filed by the parites on Janaury 29, 2010, this action is DISMISSED with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.[1] Each party is to bear its own attorney's fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated: February 1, 2010**          /s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The parties consented to the jurisdiction of the United States Magistrate Judge. On July 9, 2009, the action was reassigned to the Honorable Gary S. Austin for all purposes.

1